**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Wilkes-Barre)**

| | |
|---|---|
| **In Re:** | : |
| | : **Chapter 13** |
| **James Paul O'Farrow** | : **Case No. 5:16-bk-02133-RNO** |
| **Joan O'Farrow** | : |
| | : |
| **Debtors,** | : |
| | : |
| --------------------------------------------------- | : |
| | : |
| US Bank Trust N.A, as Trustee of Bungalow Series F Trust | : |
| Movant, | : |
| v. | : |
| | : |
| James Paul O'Farrow | : |
| Joan O'Farrow | : |
| | : |
| Debtors, | : |
| and | : |
| | : |
| Charles J DeHart, III, Esquire | : 11 U.S.C. §362(d) |
| Trustee, | : |
| | : |
| Respondents. | : |

## ORDER

Upon the Certification of Default of PARKER, McCAY, P.A. Attorneys for US Bank Trust N.A, as Trustee of Bungalow Series F Trust (hereinafter "Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown, after hearing held on May 28, 2020, it is ORDERED that

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

*1124 Crestview Drive, Stroudsburg, PA 18360*

      2.      The Movant may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

Dated: May 28, 2020

By the Court,

*[signature]*

Robert N. Opel, II, Bankruptcy Judge   BI